| | | | |
|---|---|---|---|
| | AUSA: Jeanine Brunson | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Christopher Pennisi | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America<br>v.<br>Rodney Linebarger | Case No. | Case: 2:21−mj−30431<br>Assigned To : Unassigned<br>Assign. Date : 9/9/2021<br>Description: U.S. V. LINEBARGER |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 5, 2021__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2119 | Carjacking |
| 18 U.S.C. § 924(c)(1)(A) | Brandishing a firearm during and in relation to a crime of violence (carjacking) |
| 18 U.S.C. § 922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Christopher S. Pennisi, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __September 9, 2021__

_Judge's signature_

City and state: __Detroit, Michigan__    Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Christopher S. Pennisi, being duly sworn, depose and state as follows:

## I.     INTRODUCTION

1.     I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) for sixteen years, and I am currently assigned to the Violent Crime Squad in the Detroit Division of the FBI.

2.     I am an "investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2501(7), that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in 18 U.S.C. § 2516.

3.     I have investigated federal violations concerning crimes of violence and firearms. I have gained experience through training and everyday work related to these types of investigations.

4.     The statements contained in this affidavit are based on my experience and background as a special agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all of facts known to law enforcement related to this investigation.

5. This affidavit is made in support of a criminal complaint charging Rodney Linebarger and with taking a motor vehicle transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation and with intent to cause death or serious bodily harm in violation of 18 U.S.C. § 2119.

6. This affidavit is also made in support of a criminal complaint charging Linebarger with brandishing a firearm during and in relation to a crime of violence (carjacking) in violation of 18 U.S.C. § 924(c).

7. This affidavit is also made in support of a criminal complaint charging Linebarger with felon in possession of a firearm in violation of 18 U.S.C. § 922(g).

## II. SUMMARY OF THE INVESTIGATION

8. At approximately 11:40 pm on September 5, 2021, victim S.Y. was sitting in the passenger seat of her black 2019 Dodge Durango while it was parked in a parking lot of a liquor store located at 2**** Redmond Street near Eight Mile Road in the city of Detroit.

9. A black male, later determined to be Rodney Linebarger, approached the driver's side of S.Y.'s car with knocked on the driver's window with a gun, pointed it at S.Y. and told her to unlock the door.

10. S.Y. unlocked the passenger side door and started to exit the vehicle whereupon she was confronted by Linebarger, who told her to give him her money

2

and not to run.  S.Y. replied that she did not have any money and she fled inside the business.

11. Linebarger entered S.Y.'s Durango from the passenger seat, slid across to the driver's seat and drove off, followed by a silver Dodge Journey.

12. S.Y. described the gunman as 6'1 to 6'3" tall, medium build, wearing black pants and a black top with long sleeves with a short haircut armed with a black handgun.

13. Linebarger is 6'01", approximately 175 pounds (according to him), and nearly bald.

14. Approximately 15 minutes after the carjacking, Detroit Police Officers observed the carjacked Dodge Durango backing into the driveway of 12*** Dickerson.  A black male exited the car and entered the house.  Shortly afterwards, a silver Dodge Journey backed into the driveway.

15. The silver Dodge Journey later drove out of the driveway and stopped at the Sunoco gas station at 12*** Gratiot less than a half mile away.

16. A felony car stop was attempted on the Journey in the gas station parking lot and a tall black male, later identified as Linebarger exited the car and attempted to distance himself from it.  Linebarger was ultimately taken into custody and a loaded, black Ruger 9mm semi-automatic pistol was located on the driver's side floorboard.

17.     The passenger of the Journey, M.G., was also taken into custody following the felony stop.

18.     When Linebarger was searched incident to arrest, two insurance documents for S.Y.'s Dodge Durango were located in his pocket.

19.     Review of surveillance video of the liquor store parking lot confirmed victim S.Y.'s account of the major events of the robbery.

20.     On September 6, 2021, M.G. was interviewed.  M.G. explained that Rodney Linebarger has been harassing and stalking her since they stopped dating. M.G. obtained a personal protective order against Linebarger but never had him served with it.

21.     Approximately three days prior to her arrest, M.G. legally purchased a pistol from a sporting goods store for protection from Rodney Linebarger.

22.     On September 5, 2021, M.G. visited a friend on Fairmount Street in Detroit.  When she went to leave in her vehicle, Linebarger surprised M.G. by entering the passenger side of M.G.'s vehicle.

23.     Linebarger noticed M.G.'s pistol and laughed.  M.G. decided to talk with Linebarger instead of doing anything with the gun, so she placed her pistol in the compartment in the driver's door.  She drove both of them around until she got tired and switched seats with Linebarger without removing the gun from the door.

4

24. M.G. observed Linebarger drive into the liquor store parking lot and park behind a black Dodge Durango. M.G. watched Linebarger get out of her car, approach the driver's side of the Durango, knock on the window with a gun, and yelled at the female occupant, "Bitc-, get out of the car!" M.G. then watched Linebarger walk around to the passenger side of the Durango whereupon the female occupant exited and Linebarger got into the Durango and drove away. The armed carjacking was immediately reported to the police.

25. M.G. followed Linebarger in her car because Linebarger had taken her phone with him along with her gun. They separated at some point and M.G. eventually went to Linebarger's cousin's house located at 12*** Dickerson thinking that Linebarger would be there.

26. M.G. explained that she and Linebarger left the Dickerson house together in her car and drove to a gas station on Gratiot. Linebarger told M.G. that she was a liability. Soon thereafter, they were stopped by the police and taken into custody.

27. On September 6, 2021, Linebarger was interviewed and stated that he would take responsibility for the gun.

28. When asked about his clothing, Linebarger stated that he was wearing a black jacket prior to be arrested. S.Y. described her assailant as wearing a black top.

5

29. Based on the VIN number assigned to S.Y.'s Dodge Durango, it was manufactured in Michigan. However, in 2019, S.Y. drove the car to Cincinnati, Ohio to attend a jazz festival. Therefore, the car was "transported in interstate commerce" as recited in 18 U.S.C. § 2119.

30. Linebarger has the following felony convictions: January 12, 1990, attempt receiving and concealing stolen property; May 25, 1990, controlled possession of controlled substance, less than 25 grams; August 13, 1991, felony firearm and two counts of armed robbery; and December 8, 2000, escape from jail through violence; and, August 28, 2018, possession of weapons by a prisoner for which he received a variety of prison terms.

31. Ruger pistols are made outside of the state of Michigan. The handgun Linebarger used to carjack S.Y. therefore traveled in interstate or foreign commerce.

### III.   CONCLUSION

32. Based on the above information, probable cause exists that Rodney Linebarger took a motor vehicle transported, shipped, or received in interstate commerce from the person or presence of another by force and violence or by intimidation and with intent to cause death or serious bodily harm in violation of 18 U.S.C. § 2119, brandished a firearm during and in relation to a crime of violence (carjacking) in violation of 18 U.S.C. § 924(c), and possessed a firearm knowing

that he had been previously convicted of a felony offense in violation of 18 U.S.C. § 922(g).

33. In consideration of the foregoing, I respectfully request that this Court issue a complaint against Linebarger for violation of 18 U.S.C. §§ 2119, 924(c)(1)(A), and 922(g).

34. Further in consideration of the foregoing, I respectfully request that this Court issue an arrest warrant for Linebarger for violation 18 U.S.C. §§ 2119, 924(c)(1)(A), and 922(g).

Respectfully submitted,

_____
Christopher S. Pennisi, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date: September 9, 2021